In the Matter of the Claim of ARTHUR S. MacCLELLAND, Respondent, *v.* DODGE BROTHERS et al., Appellants.

(Argued April 25, 1932; decided May 3, 1932.)

*Daniel F. Dunn* for motion.

*George S. Kelly* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.